1:16-CR.-00556-JBS

Camden Federal Building & US Court House
401 Market Street 4th floor
Post office Box 2098
Camden, New Jersey 08101-2098

5-2-18

**RECEIVED**

MAY 11 2018

JEROME B. SIMANDLE
U.S. DISTRICT JUDGE

Honorable Judge Jerome B. Simandle, My name is Derek Stallworth, Docket # 1:16-cr-00556-JBS-1 and was sentenced infront of you on 6-14-17. The reason for letter is to respectfully request your help obtaining my sentencing transcripts which I need for legal purposes such as my (2255). Being that I'm indigent I can not afford the goverment price to purchase these.

I pray that you can help me obtain my transcripts your honor. Thank you for your time and have a great day.

APPROVED. — JBS
So Ordered this 17th day of May, 2018

_Jerome B. Simandle_
Jerome B. Simandle, U.S. District Judge

Respectfully,
Derek Stallworth #70453-050

Name: Dee??? Stellworth
Register Number: 70453-050
Federal Correctional Institution Ray Brook
P.O. Box 900
Ray Brook, New York 12977

ALBANY NY 120
08 MAY 2018 PM 1 L



3-050⇔
District Court
P.O. box 2098
401 Market ST
4th Floor
Camden, NJ 08101-2098
United States

RECEIVED
MAY 10 2018
U.S. ATTORNEY'S OFFICE
CAMDEN, NJ 08101

08101-800004